O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI MALEKSAEEDI, | Case No. CV 12-06933 DDP (VBKx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |
| AMCO INSURANCE COMPANY, et al, | |
| Defendants. | |

At the scheduling conference held on October 29, 2012, questions arose regarding the amount in controversy in this matter. It is not clear to the court that the amount in controversy exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the parties are ordered to file cross-briefs, not to exceed ten pages, by Monday, November 26, 2012, showing cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement. Parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles, California 90012. Failure to file a brief in

accordance with this Order will be deemed consent to remand of this action for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: November 7, 2012

DEAN D. PREGERSON
United States District Judge